UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CRUZ, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>TIM PIRRONE, et al., <br><br>    Defendants. | Case No. 23-cv-05205-WHO <br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** <br><br>Re: Dkt. No. 30 |

On July 2, 2024 Magistrate Judge Alex G. Tse issued a Report and Recommendation, recommending that this case be dismissed without prejudice under Rule 41(b) for failure to prosecute. Dkt. No. 30. Plaintiffs have not filed an objection or other response to the Report and Recommendation, and the deadline to object or respond has passed.

Having reviewed the Report and Recommendation, as well as the full record in this case, I ADOPT the Report and Recommendation in full. Plaintiffs repeatedly missed deadlines set by Judge Tse, and their complaint admittedly suffered from numerous deficiencies. *See* Dkt. Nos. 18, 24, 28, 29. Most recently, plaintiffs did not object to the Report and Recommendation or file any response indicating they desired to proceed with this litigation.

In light of all of the above, this case is DISMISSED without prejudice for failure to prosecute. Fed. R. Civ. Proc. 41(b). The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: August 5, 2024

_____
William H. Orrick
United States District Judge