UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CRUZ, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>TOWNSQUARE MEDIA, INC, et al.,<br><br>   Defendants. | Case No. 25-cv-03902-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Cruz et al v. Pirrone*, 3:23-cv-05205-WHO.

**IT IS SO ORDERED.**

Dated: June 5, 2025

_____
TRINA L. THOMPSON
United States District Judge